1   IRA LEVY (*pro hac vice forthcoming*)
    ILevy@goodwinlaw.com
2   **GOODWIN PROCTER LLP**
    The New York Times Building
3   620 Eight Avenue
    New York, NY 10018
4   Tel.: +1 212 813 8800
    Fax: +1 212 355 3333
5
    JAMES LIN (SBN 310440)
6   JLin@goodwinlaw.com
    **GOODWIN PROCTER LLP**
7   Three Embarcadero Center
    San Francisco, California 94111
8   Tel.: +1 415 733 6000
    Fax: +1 415 677 9041
9

    NEEL CHATTERJEE (SBN 173985)
    NChatterjee@goodwinlaw.com
    DANIEL R. MELLO JR. (SBN 325714)
    DMello@goodwinlaw.com
    **GOODWIN PROCTER LLP**
    601 Marshall Street
    Redwood City, California 94063
    Tel.: +1 650 752 3100
    Fax: +1 650 853 1038

10  *Attorneys for Plaintiff*
    *Voodoo SAS*
11

12                **UNITED STATES DISTRICT COURT FOR THE**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15   VOODOO SAS,

                    Plaintiff,
16
         v.
17
     SAYGAMES LLC,
18
                    Defendant.
19

20

21

22

23

24

25

26

27

28

Case No. ___3:19-cv-7480___

**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF FOR VIOLATIONS OF:**

**(1) COPYRIGHT INFRINGEMENT;**

**(2) TRADE DRESS INFRINGEMENT PURSUANT TO THE LANHAM ACT;**

**(3) FALSE ADVERTISING PURSUANT TO THE LANHAM ACT;**

**(4) FALSE ADVERTISING PURSUANT TO CAL. BUS. & PROF. CODE SECTION 17500 *et seq.*;**

**(5) UNFAIR COMPETITION**

Date:
Time:
Floor:
Judge:

Complaint Filed:   November 13, 2019

Goodwin Procter LLP
Attorneys at Law

**COMPLAINT**

Plaintiff Voodoo SAS ("Voodoo"), by and through its undersigned attorneys, brings this action against Defendant SayGames LLC ("SayGames"), and alleges as follows:

**PRELIMINARY STATEMENT**

1.      This is a case about the exploitation of Voodoo's original and popular game, *Shape Shifter 3D*, by a copycat competitor seeking to profit off the substantial effort and development that Voodoo devoted to its own creative work.

2.      Voodoo is a premier mobile game developer and publisher.  Since its founding in 2013, hyper casual games for the Android and iOS market from Voodoo have been downloaded more than two billion times.  Among the games developed by Voodoo is the highly rated mobile app game, *Shape Shifter 3D*.  Quickly following on *Shape Shifter 3D's* launch, and timed so as to disrupt the game's path to significant downloads and economic success, Defendant SayGames exploited Voodoo's intellectual property by releasing *Jelly Shift*, a clone of *Shape Shifter 3D* that incorporates *Shape Shifter 3D's* protectable and distinctive elements.

3.      SayGames' *Jelly Shift* is an unmistakable copy of Voodoo's *Shape Shifter 3D*. Not only does *Jelly Shift* blatantly mimic the entire framework and style of gameplay in *Shape Shifter 3D*, but it also so closely copies the original, creative expression and unique elements of *Shape Shifter 3D—i.e.*, the player interface, level designs, avatar, color combinations, specific shapes and objects, graphic and sound effects, and game progression, and other unique audio-

visual elements—that the two games are nearly indistinguishable.

**Voodoo's *Shape Shifter 3D***            **SayGames' *Jelly Shift***

 

4.      But SayGames did not stop with just directly mimicking Voodoo's copyrighted work. So that customers would be confused about which game they were downloading and playing, SayGames also misappropriated the "packaging" for *Shape Shifter 3D*—which in the case of an app, is the icon that resides on the device screen—and duplicated the distinctive design and coloration of *Shape Shifter 3D's* icon:

***Shape Shifter 3D** And **Jelly Shift** Icons As Seen On An iPhone Home Screen*



5.     This is SayGames' *modus operandi*.  It scours the portfolios of other game developers, waits to see which games become popular, and then quickly moves in to clone the competitor's gameplay and its original, creative expression and unique elements that made it popular in the first place.  Indeed, *Jelly Shift* is but one of several games that SayGames has taken from Voodoo, having launched several other copycat games also directly based off of Voodoo's original creative work.

6.     SayGames' conduct has harmed Voodoo and its business, while enriching SayGames.  By this action, Voodoo seeks to recover monetary damages and injunctive and other equitable relief.

## THE PARTIES

7.     Voodoo is a French company with its principal place of business at 17 rue Henry Monnier, 75009 Paris, France.

8.     Voodoo is informed and believes, and on that basis alleges, that SayGames is a Belarusian company with its principal place of business at 501 Platonova Street, 20b/4, Minsk, Belarus 220034.

## JURISDICTION AND VENUE

9.     Voodoo brings this action pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq*., the Lanham Act, 15 U.S.C. § 1051 *et seq*., Cal. Bus. & Prof. Code Section 17200 *et seq*; and Cal.

Bus. & Prof. Code Section 17500 *et seq.*  The Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

10.     This Court also has personal jurisdiction over SayGames because SayGames has purposefully directed its activities at the United States and at California specifically, has purposefully availed itself of the benefits of doing business in California specifically, and has established a continuing presence in California specifically.  Voodoo is informed and believes, and on that basis alleges, that, without limitation:

a.      SayGames conducts extensive and ongoing business with customers in the United States and in the State of California specifically;

b.      SayGames distributes *Jelly Shift* in the United States and in the State of California specifically through the services provided by at least two California companies, Apple, Inc. ("Apple") and Google LLC ("Google");

c.      SayGames has entered into one or more agreements, including the applicable Terms of Service, concerning the use, distribution, publication, advertising, marketing, and/or sale of *Jelly Shift* with at least two California companies, Apple and Google;

d.      SayGames has directed its unlawful activities at Voodoo, knowing and intending that Voodoo would be harmed by SayGames' conduct in the United States and primarily in the State of California specifically;

e.      SayGames advertises and markets *Jelly Shift* in the United States and in the State of California specifically, and communicates directly with users in the United States and in the State of California specifically, including for the purposes of soliciting use of *Jelly Shift* by such users;

f.      SayGames enters into contracts with numerous California and United States citizens, including each California resident that installs and plays *Jelly Shift* on his or her mobile device;

g.      SayGames also collects revenues derived from advertising directed at users within the United States and the State of California specifically; and

h.      SayGames further collects revenues derived from in-app purchases from users within the United States and the state of California specifically.

11.     Venue is proper within the Northern District of California pursuant to 28 U.S.C. §§ 1391(b) and 1400(a), because this is a judicial district in which a substantial part of the events giving rise to the claims occurred, and/or in which Voodoo's injury was suffered.

**INTRADISTRICT ASSIGNMENT**

12.     Because this is an intellectual property case, it is subject to assignment to any division pursuant to Civil Local Rule 3-2(c).

**FACTUAL BACKGROUND**

**I.      The Competitive Market for Hyper Casual Games**

13.     Voodoo is a premier creator and developer of original mobile games.  Its strength lies in developing and curating games designed to engage players in a niche of mobile gaming referred to as "hyper casual games."

14.     Hyper casual games are characterized by intuitive gameplay, using carefully designed interfaces that are easy for players to learn, as well as using specifically tailored visual elements that include avatars, cues, or settings to engage players in short, set durations of gameplay.

15.     Hyper casual games is a growing, but heavily competitive market.  Because the business model for hyper casual gaming is primarily driven by in-app purchases or advertisement-based revenue, developers of hyper casual games rely heavily on player engagement and subscription.  Game developers whose games engage the greatest share of players, and whose portfolio of work can capture that market, are the most successful.

16.     However, because hyper causal games offer—by design—straightforward and intuitive interfaces for gameplay, once a developer creates and publishes original creative work, that work is especially vulnerable to "copycat" competitors who can easily replicate the developer's creative elements and launch their own clones of the developer's original work.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF          CASE NO. 3:19-CV-7480

17.     Indeed, it is often the case that the business model for these copycat competitors is to wait for a game to gain or start to gain popularity, quickly replicate substantial elements of the original game in their own copycat game, and then deliberately time the release of their own copycat game to steal the growing market share away from the original author.

18.     Aware of this unfortunate reality within the hyper casual gaming landscape, Voodoo actively protects its original, creative works, including by registering its protected works and enforcing its rights against copycat creators.

**II.    Voodoo Launches *Shape Shifter 3D* in May 2019.**

19.     On May 23, 2019, Voodoo released its mobile game *Shape Shifter 3D* on the Apple App Store.

20.     *Shape Shifter 3D* tasks players with navigating a dynamic, animated, quadrangular avatar along a 3D scrolling path.  As the avatar moves down the path, the player controls its proportions to navigate the avatar through a series of successive obstacles that include for instance gates, walls, or bridges toward a finish line.  Along the way, players manipulate the avatar to collect various tokens laid out on the path, which can be used to unlock rewards.  The object of the game is to reach the finish line at the end of the 3D scrolling path while avoiding all obstacles and collecting as many tokens as possible.



Goodwin Procter LLP
Attorneys at Law

21.     Voodoo distributes and makes its apps, including *Shape Shifter 3D*, available for download through platforms such as Apple's App Store.

22.     Voodoo owns a valid, registered United States copyright in *Shape Shifter 3D*. Voodoo's copyright registration certificate for *Shape Shifter 3D* (Reg. No. VA 2-174-255) is attached hereto as **Exhibit A**.

23.     Since its launch, *Shape Shifter 3D* has enjoyed marked success, maintaining a 4.6-star rating on the App Store based on nearly seven hundred reviews.

### III.     Soon Thereafter, SayGames Also Releases Its Copycat Game, *Jelly Shift*, in June 2019.

24.     Voodoo is informed and believes, and on that basis alleges, that SayGames is a company that also publishes games in the hyper casual gaming market and competes in that market.

25.     Voodoo is informed and believes, and on that basis alleges, that after Voodoo released *Shape Shifter 3D* on May 23, 2019, SayGames saw *Shape Shifter 3D* on the App Store. SayGames had access to *Shape Shifter 3D* through these platforms and could see the positive reaction it was receiving from users and the market.

26.     Voodoo is informed and believes, and on that basis alleges, that SayGames also had access to *Shape Shifter 3D* by a copy, or copies, of the game being downloaded onto SayGames' devices, servers, computers, smartphones, and/or other electronic devices.

27.     Voodoo is informed and believes, and on that basis alleges, that upon seeing the ratings success of *Shape Shifter 3D*, SayGames thereafter launched *Jelly Shift*, a copycat game designed to free-ride on the success of *Shape Shifter 3D*.  On information and belief, SayGames published *Jelly Shift* on the Apple App Store on or about June 7, 2019.  On information and belief, on or about August 13, 2019, SayGames also published *Jelly Shift* on the Google Play Store.



IV.    **SayGames Willfully Exploits, And Thereby Profits, From Voodoo's Original Creative Work.**

28.     SayGames not only copied Voodoo's *Shape Shifter 3D*, but it also copied and thereafter exploited Voodoo's marketing materials for *Shape Shifter 3D* to promote its own copycat game, *Jelly Shift*.

29.     On June 10, 2019, Voodoo published a marketing video of *Shape Shifter 3D* on Facebook that displayed *Shape Shifter 3D's* gameplay, creative elements, and artwork, in an effort to introduce and promote its newest hyper casual game, *Jelly Shift*.

30.     Days later, on or about June 15, 2019, SayGames stole substantial portions of Voodoo's promotional video for *Shape Shifter 3D*, also posted it on Facebook, and used it to promote *Jelly Shift*.  SayGames' promotional video reproduced *the exact same elements* of Voodoo's protected work—even down to the frame.

**Voodoo's Marketing Video<br>Promoting *Shape Shifter 3D***　　　　**SayGames' Marketing<br>Video Promoting *Jelly Shift***

　

31.     SayGames' conduct was deliberate and willful.  For example, as shown above, SayGames exploited the same "Rad Dad!" animation that Voodoo created, including the design and layout of the billboard that includes exact replicas of the light posts Voodoo designed for the *Shape Shifter 3D* marketing video.  SayGames copied the same stylistic elements from Voodoo as well, including an orange avatar set on a blue background, resting along a lighted path whose orientation scrolls from the lower-left to the upper-right of the screen.  The animated character shown on SayGames' billboard is an exact copy of Voodoo's, as is the slogan itself, "Rad Dad!" These were deliberate and willful choices on behalf of SayGames to exploit Voodoo's creative work, and hijack that goodwill to promote its own copycat game, *Jelly Shift*.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF　　　CASE NO. 3:19-CV-7480

32.     In addition, SayGames also copied Voodoo's stylistic and design elements to create substantially similar icons for publication on the Apple iOS and Google Android operating systems for mobile phones and devices.

**_Shape Shifter 3D_ And _Jelly Shift_ Icons As Seen On An iPhone Home Screen**



33.     The above-side-by-side comparison highlights the similarities.  SayGames copied the same prominent visual elements from Voodoo that depict the game's avatar—a three-dimensional quadrangular block in an orange color scheme—set atop a white path scrolling from the upper-left to lower-right hand quadrants of the icon.  SayGames copied the same blue color elements that contrast the background with the foreground frame.  SayGames' icon for _Jelly Shift_ depicts the orange avatar adjacent a bold black gate, one of the several obstacles central to the gameplay in _Shape Shifter 3D_.

34.     SayGames could have made any of myriad creative visual decisions to "package" _Jelly Shift._  But instead, it chose the same exact creative elements that Voodoo used to package _Shape Shifter 3D_.

35.     Indeed, SayGames' title for its copycat game, "_Jelly Shift_," incorporates the name of Voodoo's own game and leaves little doubt that not only was it aware of _Shape Shifter 3D_, but it also intended to clone _Shape Shifter 3D_ through _Jelly Shift_.

36.     SayGames created, or intended to create, confusion among users in the market for Voodoo's protected _Shape Shifter 3D_ game by deliberately copying Voodoo's original creative elements in its _Shape Shifter 3D_ icon.

**V.     _Jelly Shift_ Is A Copycat Game Based Off Of Voodoo's Original Creative Work In _Shape Shifter 3D_.**

Goodwin Procter LLP
Attorneys at Law

37.     *Jelly Shift* is based on the same underlying mechanics as in *Shape Shifter 3D*—that is, players are tasked with navigating a dynamic quadrangular avatar along a 3D scrolling path. *Compare* Figure 1.1, *with* Figure 1.2.  Like *Shape Shifter 3D*, *Jelly Shift* also features a three-dimensional gameplay perspective.  As the avatar moves down the path, the player controls its proportions to navigate through a series of successively difficult obstacles that includes gates, walls, bridges, and other obstacles, toward a finish line.  *Compare* Figure 2.1, *with* Figure 2.2; *compare* Figure 3.1, *with* Figure 3.2.  Along the way, players manipulate the avatar to collect various tokens, which can unlock further rewards or gameplay upon successful completion. *Compare* Figure 3.1, *with* Figure 3.2.  The object of *Shape Shifter 3D* is to reach the finish line at the end of the 3D scrolling path while successfully collecting all tokens and avoiding all obstacles.  *Compare* Figure 4.1, *with* Figure 4.2.  Players can view their progress, level number, and number of tokens collected in the top bar of the screen.  *Compare* Figure 5.1, *with* Figure 5.2.

<u>**Voodoo's *Shape Shifter 3D***</u>          <u>**SayGames' *Jelly Shift***</u>



*Fig. 1.1*                              *Fig. 1.2*

Goodwin Procter LLP
Attorneys at Law



*Fig. 2.1*



*Fig. 2.2*



*Fig. 3.1*



*Fig. 3.2*

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF          CASE NO. 3:19-CV-7480



*Fig. 4.1*                                    *Fig. 4.2*



*Fig. 5.1*                                    *Fig. 5.2*

38.     *Jelly Shift* copies Voodoo's protectable expressions that include, among other things, the player interface, level designs, avatar, color combinations, specific shapes and objects, graphic and sound effects, and game progression.

39.     *Jelly Shift* copies core protected and distinctive elements of *Shape Shifter 3D*.  As the non-exhaustive examples above show, the main attributes of SayGames' *Jelly Shift* are substantially similar to the original and expressive elements of Voodoo's *Shape Shifter 3D*.  In fact, *Shape Shifter 3D* is filled with original expression that Voodoo created, including its artwork, design aesthetics, layouts, level designs, and its selection and coordination of game elements, color combinations, and shapes.

40.     SayGames did not take merely the basic concepts of a color- and physics-based navigational game or elements dictated by genre, the nature of the games, or the rules.  Rather, SayGames wholly misappropriated the very creative combination of elements that Voodoo

developed.  Voodoo carefully selected colors, shapes, layouts, and design aesthetics to create a unique and engaging experience in *Shape Shifter 3D*.

41.     SayGames' copying of Voodoo's original work to create a substantially similar shape shifting game is readily evident.

42.     Soon after SayGames released *Jelly Shift*, Voodoo began receiving complaints from players believing that *Shape Shifter 3D* was a knock-off version of *Jelly Shift*, when in fact it was the other way around.  Indeed, one online video game reviewer believed that *Shape Shifter 3D* had actually copied *Jelly Shift*.[1]  As that reviewer blogged:  "*Shape Shifter 3D* (by Voodoo) is an obvious rip-off of *Jelly Shift* (by SayGames) but you know what? We really don't mind. 😂 For anyone who was addicted to *Jelly Shift* back when it was the hot new game to play on your iOS or Android device *Shape Shifter 3D* will probably feel like that upgrade in gameplay you've been waiting for with harder obstacles, cooler visuals, and pretty much the exact same controls. 😌"[2]  Apparently, the similarities between *Jelly Shift* and *Shape Shifter 3D* were so stark that this reviewer believed *Voodoo* had taken *SayGames'* work, *and improved it*.

43.     As a result of SayGames' extensive copying, *Jelly Shift* and *Shape Shifter 3D* are substantially similar in their total concept and feel.  Every key element that has made *Shape Shifter 3D* so original and unique has been replicated by SayGames in *Jelly Shift*.  The similarities between the games are not coincidental, especially when viewed in the aggregate and in the context of the entire effect the games have on the player.  Nor are the similarities described above merely the result of two games existing in the same genre.  They are the result of willful infringement by SayGames to poach the market for Voodoo's *Shape Shifter 3D*.

**VI.     SayGames Was On Notice Of Its Infringing Conduct.**

44.     Voodoo promptly conducted an internal investigation and on July 17, 2019, it notified SayGames of SayGames' infringing activity, and requested it to cease and desist from further publication of the *Jelly Shift* game.

[1] *See* Edamame Reviews, "*Shape Shifter 3D* Review: Wait, but isn't this just…", *available at* https://edamame.reviews/shape-shifter/.

[2] *Id.*

45.     Voodoo also filed takedown notices pursuant to the Digital Millennium Copyright Act with Apple and Google, requesting that both companies cease distributing *Jelly Shift* on the basis that *Jelly Shift* infringed Voodoo's copyright.

46.     SayGames has refused to comply with Voodoo's July 17 letter, and it has not removed *Jelly Shift* from the Apple App Store and Google Play Store.

47.     Voodoo is informed and believes, and on that basis alleges, that SayGames continues to develop *Jelly Shift*, including by developing and releasing updates to *Jelly Shift*, despite notice of Voodoo's claims.

**VII.     Copying And Profiting From Others' Games Is SayGames' Business Model.**

48.     In the same way that SayGames copied Voodoo's *Shape Shifter 3D*, SayGames also copies, replicates, and profits from Voodoo's other hit games.

49.     Voodoo's popular game, *Pipe Balls*, is one such example.[3]  *Pipe Balls* involves a number of different rotatable squares with pipes carved inside the squares and facing in various directions.  *See* Figure 6.1.  The object of the game is to turn or slide the squares such that the balls entering the opening at the top of the screen can drop into a holder at the bottom of the screen.  As the player progresses, various squares will have features such as redirecting fans or speed-up tracks marked by white chevrons.  In similar fashion to Voodoo's other games, there is a progress bar indicating the level.  On the bottom of the screen is a constant point value recoverable at the end of each level.  Voodoo's original design of each level of play in *Pipe Balls* includes original expressive elements that encompasses the player interface, level designs, avatar, color combinations, specific shapes and objects, graphic and sound effects, game progression, and other unique audio-visual elements, as shown in Figures 6.1 to 9.1.

50.     SayGames' *Spill Balls*[4] is a copycat of Voodoo's *Pipe Balls*.  *Spill Balls* also involves a number of different rotatable and slidable squares with pipes carved inside the squares and facing in various directions.  *Compare* Figure 6.1, *with* Figure 6.2.  Like *Pipe Balls*, the object of *Spill Balls* is to turn the squares such that the balls entering the opening at the top of the

---

[3] *Available at* https://apps.apple.com/us/app/pipe-balls/id1462267960.

[4] *Available at* https://play.google.com/store/apps/details?id=com.spill.balls.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF            CASE NO. 3:19-CV-7480

screen can drop into a holder at the bottom of the screen.  *Compare* Figure 7.1, *with* Figure 7.2. As the player progresses, various squares will have features such as redirecting fans or speed-up tracks marked by white chevrons.  *Compare* Figure 6.1, *with* Figure 6.2; *compare* Figure 7.1, *with* Figure 7.2.  *Spill Balls* features a progress bar located in the same placement as in Voodoo's *Pipe Balls*.  *Compare* Figure 7.1, *with* Figure 7.2; *compare* Figure 8.1, *with* Figure 8.2.  Like in *Pipe Balls*, *Spill Balls* tallies the point values collected in the goal at the bottom of the screen. *Compare* Figure 9.1, *with* Figure 9.2.  Indeed, *Spill Balls* copies Voodoo's original expressive elements that includes the player interface, level designs, avatar, color combinations, specific shapes and objects, graphic and sound effects, game progression, and other unique audio-visual elements.  *See, e.g.*, Figures 6.1, 6.2, 7.1, 7.2.

**Voodoo's *Pipe Balls***                         **SayGames' *Spill Balls***

 

*Fig. 6.1*                              *Fig. 6.2*





*Fig. 7.1*                                       *Fig. 7.2*





*Fig. 8.1*                                       *Fig. 8.2*





*Fig. 9.1*                                       *Fig. 9.2*

51.     *Dunk Hit*[5] is another one of Voodoo's games that SayGames copied.  The

---

[5] *Available at* https://apps.apple.com/us/app/dunk-hit/id1265145322.

objective of Voodoo's *Dunk Hit* is to score points by "shooting" the basketball into the hoop. Voodoo's original design elements in *Dunk Hit* were deliberate so as to offer a simple, intuitive user interface for players.  In this virtual "court" consisting of a black background and an uncluttered basketball "hoop" with of white, gray, and red elements, players tap the screen to "shoot" the ball.  *See* Figure 10.1.  Players earn points when they score, and earn further bonuses when the point is a "swish"—that is, scores without touching the backboard or rim.  To enhance gameplay, Voodoo designed the ball to catch smoke and "light on fire" in the event the player scored consecutively.  As part of the gameplay, Voodoo designed the game such that the hoop switches ends of the screen and adjusts its position along a vertical axis.  *See* Figure 11.1.

52.     *Street Dunk*[6] is SayGames' version of *Dunk Hit*.  Like *Dunk Hit*, the object of *Street Dunk* is to score points by "shooting" the basketball into the hoop.  *See* Figure 10.2. However in creating *Street Dunk*, SayGames substantially copied the same creative elements that popularized Voodoo's protected work in *Dunk Hit*.  As seen below, the game interface is so substantially similar that the two games are nearly indistinguishable.  SayGames chose to use the same expressions in their *Street Dunk* game as Voodoo designed in its *Dunk Hit* game:  black background, contrasting with a white, gray, and red hoop.  When a player scores points consecutively, the basketball catches smoke and lights on fire just as in Voodoo's *Dunk Hit*. *Compare* Figure 10.1, *with* Figure 10.2; *compare* Figure 11.1, *with* Figure 11.2.  Once a player scores points, the hoop switches ends of the screen and adjusts its position along a vertical axis. *Compare*  Figure 11.1, *with* Figure 11.2.

---

[6] *Available at* https://apps.apple.com/us/app/street-dunk/id1438154014.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

**Voodoo's *Dunk Hit***                    **SayGames' *Street Dunk***




*Fig. 10.1*                    *Fig. 10.2*







*Fig. 11.1*                    *Fig. 11.2*

53.     Most recently, Voodoo released a game called *Iron It*,[7] in which players iron garments to progress from one level to the next.  *See* Figure 12.1.  The interface allows players to slide their finger back and forth over the clothing to "iron" out the wrinkles.  Once the player

---

[7] *Available at* https://apps.apple.com/us/app/iron-it/id1484044274.

1    presses a garment, the player receives positive affirmations and progresses to the next garment.

2    *See* Figure 12.1.  Once all garments are ironed, the player progresses to the next level.  Progress is

3    tracked in a progress bar at the top of the screen on a percentage-ironed basis.  *See* Figure 13.1.

4    The iron, ironing board, and background are bright, contrasting, pastel colors that change with

5    each level.  *See* Figure 14.1.  This game, which is still identified under the developer's account,

6    has already garnered a rating of 4.6 on the Apple App Store.

7         54.    SayGames replicated that core design in Voodoo's *Iron It* to use in its own copycat

8    game, *Hot Steam*.[8]  SayGames released *Hot Steam* on the Google Play Store.  Like in *Iron It*,

9    players iron garments to progress from one level to the next.  The design of the user interface is

10   identical, which involves a player sliding their finger back and forth over the clothing to "iron"

11   out the wrinkles.  Once the player presses a garment, the player receives positive affirmations and

12   progresses to the next garment.  *Compare* Figure 12.1, *with* Figure 12.2.  When all garments are

13   pressed, the player progresses to the next level.  Gameplay is tracked in a progress bar at the top

14   of the screen on a percentage-ironed basis.  *Compare* Figure 13.1, *with* Figure 13.2.  The iron,

15   ironing board, and background are bright, contrasting, pastel colors that change with each level.

16   *Compare* Figure 14.1, *with* Figure 14.2.

17

18            **Voodoo's *Iron It***                        **SayGames' *Hot Steam***

19



27            *Fig. 12.1*                                  *Fig. 12.2*

28

---

Goodwin Procter LLP
Attorneys at Law

[8] *Available at* https://play.google.com/store/apps/details?id=com.hot.steam.

1
2
3
4
5
6
7
8



9

*Fig. 13.1*                                    *Fig. 13.2*

10
11
12
13
14
15
16
17
18
19
20
21





*Fig. 14.1*                                    *Fig. 14.2*

22        55.     This is SayGames' *modus operandi*:  it takes competitors' games, copies their

creative works, and repackages it under a SayGames-branded game to profit therefrom.

SayGames locates popular creative games, steals their designs, and quickly brings nearly identical

imitations to the market so that it can steal away other developers' work and profit therefrom.

## VII.   SayGames' Ongoing Willful Conduct Harms Voodoo.

56.     The similarities between *Jelly Shift* and *Shape Shifter 3D* are widespread and

pervasive.  The comparisons provided above are a representative but inexhaustive list of these

similarities.  The original game elements of Voodoo's *Shape Shifter 3D* that SayGames copied are protected, and the creative combination of elements is neither "stock" nor "standard" within the social gaming industry so as to be necessary to any concept or idea underlying the game.

57.    SayGames could have designed *Jelly Shift* in any of innumerable different ways, but instead it chose to use exactly the same original, protected expressions that Voodoo created in *Shape Shifter 3D*.

58.    Because of SayGames' willful conduct, *Jelly Shift* interfered with the growing success of Voodoo's *Shape Shifter 3D*.  Voodoo makes *Shape Shifter 3D* free to download and free to play.  Voodoo receives revenue primarily from in-app purchases and from advertisers who pay for ads to be displayed in or in relation to Voodoo's games.  For this reason, it is essential that Voodoo's games be compelling and fun to attract players and keep them engaged.  SayGames' *Shape Shifter 3D* game jeopardizes the goodwill and relationships that Voodoo has worked to develop.  It interferes with Voodoo's ability to acquire new players and harms Voodoo's ability to earn revenue from the original games that it developed and created.

59.    Therefore, by this action, Voodoo seeks to prevent SayGames from any past or further profiting from its infringement and any further harm to Voodoo.

## CLAIMS

### COUNT I
### Copyright Infringement
### (17 U.S.C. § 101 *et seq.*)

60.    Voodoo re-alleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

61.    Voodoo's *Shape Shifter 3D* is an original and creative expressive work that constitutes copyrightable subject matter under 17 U.S.C. §§ 101 *et seq.*  Voodoo has owned all rights and privileges for this work at all relevant times.  Voodoo acquired registration for the copyright in *Shape Shifter 3D* from the U.S. Registrar of Copyrights.

62.    Voodoo is the owner of valid and enforceable copyrights in *Shape Shifter 3D*.  Voodoo has registered or applied for registration for copyrights in *Shape Shifter 3D*, for the

1    Registration Number VA 2-174-255.

2    63.    SayGames had access to *Shape Shifter 3D* by virtue of its widespread popularity

3    and global distribution through the Apple App Store and Google Play Store, including in

4    California specifically.

5    64.    SayGames has deliberately and intentionally copied protectable expression from

6    Voodoo in *Shape Shifter 3D*.  Voodoo has never authorized or given consent to SayGames to use

7    its copyrighted works in the manner complained of herein.

8    65.    SayGames copied substantial original elements of Voodoo's *Shape Shifter 3D*.

9    66.    The original elements of *Shape Shifter 3D* that SayGames copied were and are

10    copyrightable subject matter, owned by Voodoo.

11    67.    By its actions described above, SayGames has infringed Voodoo's copyrights by,

12    without limitation, copying, publicly displaying, and distributing *Jelly Shift*, without authorization

13    from Voodoo.

14    68.    On information and belief, SayGames' infringement has been deliberate and with

15    willful disregard of Voodoo's rights.

16    69.    As a direct and proximate result of the infringements alleged herein, Voodoo is

17    entitled to damages and to SayGames' profits in amounts to be proven at trial, which are not

18    currently ascertainable.  Alternatively, Voodoo is entitled to maximum statutory damages of

19    $150,000 for each copyright infringed, or in such other amount as may be proper under

20    17 U.S.C. § 504(c).

21    70.    Voodoo further is entitled to its attorneys' fees and full costs pursuant to

22    17 U.S.C. § 505.

23    71.    SayGames has realized unjust profits, gains, and advantages as a proximate result

24    of its infringement.  These gains are ongoing as the infringement continues.  On information and

25    belief, SayGames has the right and ability to control the infringing conduct including the ability

26    to determine its own conduct, and SayGames can access and use its revenue from *Jelly Shift*.

27    This revenue is a direct financial benefit to SayGames.

28    72.    As a direct and proximate result of SayGames' infringement, Voodoo has suffered,

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

24

1   and will continue to suffer, actual damages.  Voodoo is entitled to its actual damages and any

2   gains, profits, and advantages SayGames obtained through infringement.

3           73.     Voodoo has no adequate remedy at law for its current and prospective injuries.

4   SayGames' continued wrongful conduct will cause Voodoo irreparable injury that cannot be

5   adequately remedied at law unless the Court enjoins SayGames from further infringement.

6                                    **COUNT II**
                            **Trade Dress Infringement**
7                               **(Lanham Act)**

8           74.     Voodoo re-alleges and incorporates each and every allegation of the foregoing

9   paragraphs, as though fully set forth herein.

10          75.     The *Shape Shifter 3D* icon is non-functional with inherently distinctive design

11  features.

12          76.     The *Jelly Shift* app icon and packaging infringes the *Shape Shifter 3D* trade dress

13  because it causes consumer confusion.

14          77.     The *Jelly Shift* app icon and packaging infringes the *Shape Shifter 3D* trade dress

15  because it dilutes the *Shape Shifter 3D* brand.

16          78.     This confusion and dilution is the direct and proximate cause of Voodoo's losses

17  in revenue.

18          79.     Voodoo is entitled to relief, including injunctive relief and restitution, to

19  compensate it for these injuries.

20                                   **COUNT III**
                               **False Advertising**
21                              **(Lanham Act)**

22          80.     Voodoo re-alleges and incorporates each and every allegation of the foregoing

23  paragraphs, as though fully set forth herein.

24          81.     SayGames intentionally and falsely misrepresented to potential customers that it is,

25  or is somehow associated and/or affiliated with, Voodoo or *Shape Shifter 3D* by reposting

26  Voodoo's exact advertisement video in connection with its own advertising, marketing,

27  distribution, and/or offering for download its own *Jelly Shift* game.

28

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

82.     SayGames' fraudulent conduct has harmed the consuming public by causing confusion.

83.     As a direct and proximate cause of SayGames' false advertising, Voodoo has suffered and continues to suffer injury in lost revenue because of SayGames' diverting of valuable users from Voodoo.

84.     Voodoo is entitled to relief, including injunctive relief and restitution, to compensate it for these injuries.

**COUNT IV**
**False Advertising**
**(Cal. Bus. & Prof. Code Section 17500 *et seq.*)**

85.     Voodoo re-alleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

86.     SayGames intentionally and falsely misrepresented to potential customers that it is, or is somehow associated and/or affiliated with, Voodoo or *Shape Shifter 3D* by reposting Voodoo's exact advertisement video in connection with its own advertising, marketing, distribution, and/or offering for download its own *Jelly Shift* game.

87.     SayGames' fraudulent conduct has harmed the consuming public by causing confusion.

88.     As a direct and proximate cause of SayGames' false advertising, Voodoo has suffered and continues to suffer injury in lost revenue because of SayGames' diverting of valuable users from Voodoo.

89.     Voodoo is entitled to relief, including injunctive relief and restitution, to compensate it for these injuries.

**COUNT V**
**Unfair Competition**
**(Cal. Bus. & Prof. Code Section 17200 *et seq.*)**

90.     Voodoo re-alleges and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

91.     SayGames' acts, as alleged above, constitute unlawful and/or unfair business

practices in violation of California Unfair Competition Law, Cal. Bus. & Prof. Code Section 17200 *et seq.*

92.     SayGames' acts are unlawful and unfair because they have created, and are likely to create, confusion with consumers and the marketplace as to the source of origin, sponsorship, or approval of its products, in that purchasers, have believed, and are likely to believe, that SayGames' products are products of Voodoo's.

93.     By reason of the foregoing, Voodoo has been injured in an amount not yet ascertained and is entitled to the remedies provided for it in Sections 17200 *et seq.* of the California Business and Professions Code.

94.     SayGames' conduct described herein has caused, and if not enjoined, will continue to cause, irreparable damage to Voodoo's rights in its trade dress and to the business, reputation, and goodwill of Voodoo, which cannot be compensated solely by money damages.  Voodoo therefore has no adequate remedy at law and seeks preliminary and permanent injunctive relief.

## **PRAYER FOR RELIEF**

WHEREFORE, Voodoo prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

1.  A judgment that SayGames has infringed Voodoo's copyright in violation of the Copyright Act and that the infringement was willful;

2.  A preliminary and/or permanent injunction restraining SayGames, and each of its agents, servants, employees, attorneys, successors and assigns, affiliates and all persons, firms, and corporations acting in concert with it, from directly or indirectly violating Voodoo's rights under the Copyright Act;

3.  A judgment that SayGames has infringed Voodoo's trade dress in violation of the Lanham Act and that the infringement was willful;

4.  An Order granting permanent injunctive relief restraining and permanently enjoining SayGames, its agents, servants, employees, officers, associates, attorneys, and all

persons and entities acting by, through, or in concert with any of it, from (and/or inducing) the manufacturing, producing, distributing, advertising, marketing, offering for sale and/or selling *Jelly Shift*, which is substantially similar to Voodoo's *Shape Shifter 3D* in the eye of the ordinary observer, giving such attention a purchaser usually gives;

5. An Order granting permanent injunctive relief restraining and permanently enjoining SayGames, its agents, servants, employees, officers, associates, attorneys, and all persons and entities acting by, through, or in concert with any of it, from using Voodoo's trade dress or any designs confusingly substantially similar thereto, including, but not limited to:

   a. importing, advertising, marketing, promoting, supplying, manufacturing, distributing, offering for sale, or selling SayGames' *Jelly Shift* or any other products which bear Voodoo's trade dress or any designs confusingly similar thereto and/or the overall appearance thereof;

   b. engaging in any other activity constituting unfair competition with Voodoo, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Voodoo; and

   c. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of SayGames are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Voodoo;

6. Ordering SayGames to file with this Court and serve on Voodoo within thirty (30) days after entry of the injunction a report in writing, under oath setting forth in detail the manner and form in which SayGames has complied with the injunction;

7. Ordering an accounting by SayGames of all gains, profits, and advantages derived by its wrongful acts;

8. Awarding Voodoo all of SayGames' profits and all damages sustained by Voodoo as

a result of SayGames' wrongful acts, and such other compensatory damages as the Court determines to be fair and appropriate;

9. Awarding treble damages in the amount of SayGames' profits or Voodoo's damages, whichever is greater, for willful infringement;

10. Finding that this is an exceptional case under 35 U.S.C. § 285 and 15 U.S.C. § 1117 and awarding attorneys' fees there under;

11. Awarding applicable interest (both prejudgment and post judgment), costs, disbursements and attorneys' fees;

12. Awarding Voodoo punitive damages in connection with its claims under California law; and

13. For such other and further relief which should appear just and equitable to this Court.

## JURY DEMAND

Voodoo hereby demands a jury trial on all issues so triable.


Respectfully submitted,


Dated: November 13, 2019         By:    _/s/ Neel Chatterjee_____

NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
IRA LEVY (*pro hac vice forthcoming*)
*ILevy@goodwinlaw.com*
JAMES LIN (SBN 310440)
*JLin@goodwinlaw.com*
DANIEL R. MELLO JR. (SBN 325714)
*DMello@goodwinlaw.com*
**GOODWIN PROCTER** LLP

*Attorneys for Plaintiff*
*Voodoo SAS*