IRA LEVY (*pro hac vice forthcoming*)
ILevy@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eight Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

JAMES LIN (SBN 310440)
JLin@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
DANIEL R. MELLO JR. (SBN 325714)
DMello@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

*Attorneys for Plaintiff
Voodoo SAS*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOODOO SAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAYGAMES LLC,<br><br>　　　　　　Defendant. | Case No.  3:19-cv-7480<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Voodoo SAS ("Voodoo") identifies the following corporation owning 10% or more of Voodoo's stock: Goldman Sachs Group, Inc. No entities have a financial interest in the subject matter in controversy. Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: November 13, 2019     By:   */s/ Neel Chatterjee*

NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
IRA LEVY (*pro hac vice forthcoming*)
*ILevy@goodwinlaw.com*
JAMES LIN (SBN 310440)
*JLin@goodwinlaw.com*
DANIEL R. MELLO JR. (SBN 325714)
*DMello@goodwinlaw.com*
**GOODWIN PROCTER LLP**

*Attorneys for Plaintiff*
*Voodoo SAS*