UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VOODOO SAS, <br><br>         Plaintiff-Appellant, <br><br> v. <br><br> SAYGAMES, LLC, <br><br>         Defendant-Appellee. | No.  20-16486 <br><br> D.C. No. 5:19-cv-07480-BLF <br> Northern District of California, <br> San Jose <br><br> ORDER |

The parties' stipulated motion (Docket Entry No. 17) for voluntary

dismissal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court shall act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo